✎AO 241                                                               Page 1
(Rev. 10/07)

# Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

**(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)**

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $_____$, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:
                         Clerk, United States District Court for
                         Address
                         City, State Zip Code

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date**.

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel**.

✎AO 241 (Rev. 10/07)                                                                                            Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Massachusetts |
|---|---|
| Name (under which you were convicted): Mark Sullivan | Docket or Case No.: |
| Place of Confinement: North Central Correctional Institution | Prisoner No.: W-90281 |
| Petitioner (include the name under which you were convicted) MARK SULLIVAN | v. Respondent (authorized person having custody of petitioner) RAYMOND MARCHILLI, Superintendent N.C.C.I. Gardner, Gardner, MA 01440 |
| The Attorney General of the State of Massachusetts | |

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Superior Court for Plymouth County
   Courthouse, 72 Belmont Street
   Brockton, MA 02301

   (b) Criminal docket or case number (if you know): PLCR2007-00308

2. (a) Date of the judgment of conviction (if you know): 1/30/2009

   (b) Date of sentencing: 6/8/2009

3. Length of sentence: Ten to fifteen years, concurrent with similar sentence for violation of probation

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Possession of child pornography (one count) and possession of child pornography as a subsequent offense.

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty  ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes     ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court:     Massachusetts Appeals Court

(b) Docket or case number (if you know):     No. 2010-P-1869

(c) Result:     Judgment affirmed

(d) Date of result (if you know):     7/30/2012

(e) Citation to the case (if you know):     Commonwealth v. Sullivan, 82 Mass. App. Ct. 293 (2012)

(f) Grounds raised:

(1) Error in not dismissing indictment that failed to state a crime, (2) Error in not dismissing indictment where integrity of grand jury proceeding was tainted by Commonwealth's presentation of evidence, in case in chief, of defendant's status as a Level 3 sex offender, (3) Error in denying motion for required finding of not guilty where evidence failed to establish that single photo defendant possessed portrayed a "lewd exhibition," (4) Error in admitting in evidence offensive photos that defendant viewed on-line but did not possess, (5) Error in jury instructions for failing to charge that defendant's state of mind as to why he selected picture he printed was not relevant and that "mere nudity" is not enough to constitute a "lewd exhibition."

(g) Did you seek further review by a higher state court?     ☑ Yes     ☐ No

If yes, answer the following:

(1) Name of court:     Massachusetts Supreme Judicial Court

(2) Docket or case number (if you know):     FAR-21076

(3) Result:
   Further Appellate Review denied

(4) Date of result (if you know):     11/28/2012

AO 241 (Rev. 10/07)                  Page 4

        (5) Citation to the case (if you know): Commonwealth v. Sullivan, 463 Mass. 1112 (2012)

        (6) Grounds raised:
Majority erred in concluding that: (1) a snapshot photo of a nude adolescent girl kneeling and playing in sand with her partially developed breasts and pubic area visible constituted a "lewd exhibition," (2) indictment that failed to set forth a crime in its body was sufficient, (3) jury instructions were adequate even though judge failed to charge jury that "mere nudity is not enough" to constitute a "lewd exhibition," and that (4) "defendant's subjective reaction to the photograph was not relevant to the jury's determination of lewdness.

   (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

      If yes, answer the following:

      (1) Docket or case number (if you know):

      (2) Result:

      (3) Date of result (if you know):

      (4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

   (a)   (1) Name of court:

      (2) Docket or case number (if you know):

      (3) Date of filing (if you know):

      (4) Nature of the proceeding:

      (5) Grounds raised:

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☐ No

      (7) Result:

      (8) Date of result (if you know):

AO 241 (Rev. 10/07)                                                                                                    Page 5

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❐ Yes     ❐ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 Page 6
(Rev. 10/07)

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❒ Yes  ❒ No

    (7) Result:

    (8) Date of result (if you know):

  (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition: ❒ Yes ❒ No

    (2) Second petition: ❒ Yes ❒ No

    (3) Third petition: ❒ Yes ❒ No

  (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

  <u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date</u>.

**GROUND ONE:**
Denial of motion for required finding of not guilty on one count of possession of child pornography violated his First Amendment right to protected speech since the single photograph he downloaded from the internet was of a nude adolescent but it did not depict the requisite "lewd exhibition" to make the possession unlawful.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Supporting Facts:  From a computer at his public library, defendant printed a single photo that he found on a photo-sharing, non pornographic Website, of a naked adolescent girl, approximately eleven to twelve years old, sitting on her knees in the sand on a beach.  Her partially developed breasts and pubic area are visible.  The photo has a "snapshot' quality to it.   The photographer, family member or stranger, is unknown.  The Commonwealth acknowledged that the girl seems unaware that she was being photographed and it never argued that the girl was posed.  There is nothing lewd in her posture; rather, she appears to be playing in the sand based on the flecks of sand on her forearm and the hole in the sand in front of her knees.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 10/07)                                                                                                          Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241                                                                                                                                        Page 8
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ❐    Yes      ❐    No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐    Yes      ❐    No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241 Page 9
(Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ❒ Yes   ❒ No

(4) Did you appeal from the denial of your motion or petition?   ❒ Yes   ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❒ Yes   ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Two

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241                                                                                                                                    Page 10
(Rev. 10/07)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❒ Yes     ❒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒ Yes     ❒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                            ❒ Yes     ❒ No
(4) Did you appeal from the denial of your motion or petition?                       ❒ Yes     ❒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❒ Yes     ❒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ❐ Yes    ❐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐ Yes    ❐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

✎AO 241 Page 12
(Rev. 10/07)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❐ Yes ❐ No
(4) Did you appeal from the denial of your motion or petition? ❐ Yes ❐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❐ Yes ❐ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 Page 13
(Rev. 10/07)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

AO 241                                                                                                                                                                                                 Page 14
(Rev. 10/07)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:
    Jane Peachy, Committee for Public Counsel Services, Roxbury Defender Unit,
    10 Malcolm X. Blvd., Roxbury, MA 02119

(d) At sentencing:
    Jane Peachy, Committee for Public Counsel Services, Roxbury Defender Unit,
    10 Malcolm X. Blvd., Roxbury, MA 02119

(e) On appeal:
    Carlo Obligato, Committee for PUblic Counsel Services, Appeals Unit,
    44 Bromfield Street, Boston, MA 02108

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241                        Page 15
(Rev. 10/07)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 10/07)

Page 16

  (2)  The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

Release the petitioner from the custody of the respondent.

or any other relief to which petitioner may be entitled.

                /s/ David J. Nathanson, /s/ Carlo Obligato
                Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

                (petition signed by petitioner on file with clerk in paper)
                Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.